UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

_____

EDWARD H. RECHBERGER IV, as Trustee under a
Trust Agreement dated March 11, 1998, as
Amended February 26, 2001,

LEWIS J. SERVENTI, and

KAREN K. RECHBERGER,


                 Plaintiffs,

    vs.

DUSTIN C. HURLBURT,

LISA HURLBURT,

HURLBURT INVESTMENT CLUB, and

ROBERT M. BURT,

                Defendants.

_____

Civil Action No.:

_____

### INDEX

Pursuant to the U.S. District Court, Western District of New York, Local Rule of

Civil Procedure 81(a)(3)(A), the following represents the Index of all documents in

connection with the Notice of Removal:

| DOCUMENT | DATE filed in State Court |
|---|---|
| **SUMMONS**<br>*Index No.:  35187, Wyoming County* | January 3, 2007 |
| **VERIFIED AMENDED COMPLAINT**<br>*Index No.:  35187, Wyoming County* | January 3, 2007 |

February 1, 2007

Steven E. Cole, Esq.
*Attorneys for Defendant Robert M. Burt*
**Wolford & Leclair** LLP
16 East Main Street
Suite 600
Rochester, NY  14614
Telephone:  (585) 325-8000